**Dismissed and Opinion Filed June 29, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00982-CV

**DOUGLAS SEGURA, Appellant**
**V.**
**JESSICA SEGURA, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-15246**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Stoddart
Opinion by Justice Myers

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, on December 22, 2017, we ordered this appeal submitted without a reporter's record and appellant's brief to be filed within thirty days. By postcard dated January 23, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. By orders dated February 2, 2018 and March 20, 2018, we extended the time to file appellant's brief until April 18, 2018. And, on April 20, 2018, we granted appellant's third extension of time to file his brief until May 18, 2018. We cautioned appellant that failure to file a brief by May 18,

2018 might result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Lana Myers/
LANA MYERS
JUSTICE


170982F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DOUGLAS SEGURA, Appellant

No. 05-17-00982-CV      V.

JESSICA SEGURA, Appellee

On Appeal from the 301st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-16-15246.
Opinion delivered by Justice Myers.
Justices Lang and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JESSICA SEGURA recover her costs of this appeal from appellant DOUGLAS SEGURA.

Judgment entered this 29th day of June, 2018.